**Velma Y. LOCK, Petitioner,**

v.

**GENERAL SERVICES ADMINISTRATION, Respondent.**

No. 2009–3080.

United States Court of Appeals, Federal Circuit.

July 10, 2009.

Rehearing Denied Aug. 10, 2009.

Renn C. Fowler, The Fowler Practice, of Belfast, ME, and Frederick P. Hink, Law Offices of Frederick P. Hink, of Easton, MD, argued for petitioner.

Lauren A. Weeman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

 

MAYER and BRYSON, Circuit Judges and SPENCER, Chief District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.